UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

--------------------------------------------------------

IN RE:  BK NO. 07-20354

JOHN F & SCHARRENDA L MCFADDEN
     Debtor(s)

--------------------------------------------------------

$1.13
#6462

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    John F & Scharrenda L McFadden
    217 Crimson Bramble Road
    Rochester NY 14623

2. Your Trustee's check for $1.13, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: August 26, 2009
      Rochester, NY             /s/_____
                                              GEORGE M. REIBER, TRUSTEE



FILED
AUG 3 1 2009
BANKRUPTCY COURT
ROCHESTER, NY